132 P.3d 62 (2006)
204 Or. App. 779
IN RE WELCH; STATE EX REL. JUVENILE DEPT. OF LINN COUNTY v. WELCH; ANDERSON, IN RE; STATE EX REL. JUVENILE DEPT. OF LINN COUNTY v. ANDERSON; MOORE, IN RE; STATE EX REL. JUVENILE DEPT. OF LINN COUNTY v. MOORE; MYERS, IN RE; STATE EX REL. JUVENILE DEPT. OF LINN COUNTY v. MYERS.
Nos. A126076, A126315, A126513, A126737.
Oregon Court of Appeals.
March 15, 2006.
Case affirmed without opinion.